UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Criminal Case No. 06-cr-00274-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. BARNEY MARTINEZ,

    Defendant.
_____

**ORDER**
_____

    This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Friday, December 15, 2006,** and responses to these motions shall be filed by **Friday, December 29, 2006.**  It is

    FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is not set at this time.  It is

    FURTHER ORDERED that a 3-day jury trial is set for **Monday, January 22, 2007, at 9:00 a.m., in courtroom A-1002.**

Dated this 28th day of November, 2006.

BY THE COURT:

s\ Wiley Y. Daniel
Wiley Y. Daniel,
U. S. District Judge